E-FILED: **4/12/10**
JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER MONROY,<br><br>    Plaintiff,<br><br>    v.<br><br>OPTION ONE MORTGAGE CORP., et al.,<br><br>    Defendants. | CASE NO. CV 10-245-GHK (FFMx)<br><br>**JUDGMENT** |

Pursuant to our March 22, 2010 Order, Defendant MTC Financial Inc. d.b.a. Trustee Corps is **DISMISSED with prejudice**.  Pursuant to our April 12, 2010 Order, Defendant Option One Mortgage Corporation is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: April 12, 2010

_____
GEORGE H. KING
United States District Judge